IN THE MATTER OF THE APPEAL OF PETER CARDO.

July 21, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPEAL OF PETER CARDO.

July 21, 1980.

Cross-Petition for certification denied.

ALFRED LIBERATI v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF WASHINGTON.

July 21, 1980.

Petition for certification denied.

VILLAGE OF RIDGEWOOD v. BOARD OF PUBLIC UTILITIES, DEPARTMENT OF ENERGY.

July 21, 1980.

Petition for certification denied.